FILED
CHARLOTTE, NC

SEP - 8 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:22-cr-00217

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | PENDING RULE 32.2(c)(2) |
| ANTONIO ERRIVARES BURGOS ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 2320, 18 U.S.C. § 981(a)(1)(c), provided, however, that forfeiture of specific assets is subject to any and all third-party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- **All counterfeit sports apparel and equipment seized by law enforcement on August 8, 2021, pursuant to a search of four packages addressed to 5740 Wilgrove Mint Hill Road, Mint Hill, North Carolina;**
- **All counterfeit sports apparel and equipment (and materials used to make such items) seized by law enforcement from 5740 Wilgrove Mint Hill Road, Mint Hill, North Carolina on August 12, 2021 and August 16, 2021; and**
- **All counterfeit sports apparel and equipment (and materials used to make such items) abandoned by Defendant on August 18, 2021 at 5740 Wilgrove Mint Hill Road, Mint Hill, North Carolina, all more specifically identified in the attached itemized list.**

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of

the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third-party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein, property used in any manner to facilitate the commission of such offense(s), and/or counterfeit items identified in 18 U.S.C. § 2323, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 2323, 18 U.S.C. § 981(a)(1)(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so.

DENA J. KING
UNITED STATES ATTORNEY

_____
DANIEL RYAN
Assistant United States Attorney

_____
ANTONIO ERRIVARES BURGOS
Defendant

_____
CARNELL JOHNSON
Attorney for Defendant

Signed this the 8th day of September, 2022

_____
UNITED STATES MAGISTRATE JUDGE

| Description | QTY |
|---|---|
| Chelsea Football Club jersey & short sets | 176 |
| LFC soccer jersery & short sets | 176 |
| FCB (Barcelona) jersey & short sets | 498 |
| Chelsea Football Club jersey & short sets | 780 |
| Inter Milan jersey & short sets | 119 |
| Paris St. Germain jersey & short sets | 68 |
| Tottenham Hotspurs jersey & short sets | 108 |
| CA Club America soccer jersey & short sets | 19 |
| Team USA soccer jersey & short sets | 74 |
| Manchester United w/Adidas stripe sets | 231 |
| MCF Real Madrid w/Adidas stripe sets | 1886 |
| BVB (Borussia Dortmund) soccer sets | 165 |
| Wolverhampton Wanderers F.C. sets | 126 |
| Atlanta United FC jersey & short sets | 201 |
| CABJ soccer jersey & short sets | 105 |
| A.S. Roma 1927 jersey & short sets | 48 |
| Chivas C.D. Guadalajara soccer sets | 138 |
| Honduras soccer jersey & short sets | 31 |
| Honduras soccer jersey & short sets | 19 |
| Honduras soccer jackets & pants sets | 60 |
| LA Galaxy soccer jersey & short sets | 1080 |
| Nigeria soccer jerseys | 25 |
| Manchester City jersey & short sets | 30 |
| Atlanta United FC jersey & short sets | 390 |
| DHL, soccer jersey & short sets | 158 |
| Mexico soccer jersey & short sets | 160 |
| Chivas C.D. Guadalajara soccer jerseys | 176 |
| Guatemala soccer jersey & short sets | 455 |
| MCF Real Madrid jersey & short sets | 132 |
| Paris St. Germain jersey & short sets | 32 |
| Club Tijuana soccer sets | 159 |
| Celtic Football Club jersey & short sets | 164 |
| Tottenham Hotspurs jersey & short sets | 69 |
| Los Angeles fooball Club jersey & short set | 221 |
| MCF Real Madrid jersey & short sets | 10 |
| FCB (Barcelona) jersey & short sets | 2906 |
| FCB (Barcelona) jacket | 62 |
| AFA (Argentina) soccer jersey & short sets | 2735 |
| Tigres UANL w/Adidas stripe soccer set | 84 |
| Chivas C.D. Guadalajara soccer sets | 161 |
| RCD Espanyol de Barcelona soccer sets | 56 |
| FCB (Barcelona) short | 22 |
| CABJ w/Adidas stripes soccer sets | 90 |
| FC Bayern Munchen jersey & short sets | 175 |
| LFC soccer jersery & short sets | 185 |
| MCF Real Madrid jersey & short sets | 151 |
| El Salvador soccer jerseys | 367 |
| Aresenal FC w/Adidas stripes soccer set | 176 |
| BVB (Borussia Dortmund) soccer sets | 60 |
| FCB (Barcelona) jerseys | 208 |
| CA Club America soccer jerseys | 261 |

| Item | Quantity |
|---|---|
| MCF Real Madrid soccer jerseys | 193 |
| Mexico soccer jerseys | 31 |
| MCF Real Madrid & CA soccer jerseys | 26 |
| MCF Real Madrid soccer jerseys | 31 |
| Juventus F.C. soccer jerseys | 87 |
| Atlanta United FC w/Adidas stripes sets | 500 |
| LFC soccer jersery & short sets | 119 |
| Poland soccer jersey & short sets | 557 |
| Honduras soccer jersey & short sets | 131 |
| LFC soccer jersery & short sets | 161 |
| Wolverhampton Wanderers F.C. sets | 251 |
| AJAX Amsterdam jersey & short sets | 494 |
| Chelsea Football Club jersey & short sets | 18 |
| CBF Brasil soccer jersey & short sets | 424 |
| Deutsher Fussball-Buno jersey & short sets | 580 |
| CARP Argentina soccer jersey & short set | 21 |
| Inter Milan jersey & short sets | 114 |
| Black Soath soccer jerseys | 278 |
| Plus Ultra Spain soccer jersey & short sets | 272 |
| Seattle Sounders FC jersey & short sets | 520 |
| No named soccer jersey & short sets | 2696 |
| FPF Peru soccer jersey & short sets | 157 |
| Pachuca Club de Futbol jersey & short sets | 329 |
| Lobos Buap Soccer jersey & short sets | 440 |
| Mexico soccer jersey & short sets | 40 |
| Chivas C.D. Guadalajara soccer pants | 45 |
| Atletico soccer jersey & short sets | 356 |
| El Salvador soccer jersey & short sets | 285 |
| El Salvador soccer shorts | 257 |
| Atlanta United FC jersey & short sets | 407 |
| Paris St. Germain jersey & short sets | 752 |
| No named soccer short | 576 |
| Belgium URBSFA KBVB soccer jerseys | 372 |
| Honduras soccer jersey & short sets | 314 |
| Deutsher Fussball-Buno jerseys | 1527 |
| CA Club America soccer jerseys | 6 |
| CA Club America soccer jerseys | 7 |
| El Salvador soccer jerseys | 937 |
| Atlanta United FC jerseys | 561 |
| No named soccer jerseys | 90 |
| Atletico soccer jerseys | 272 |
| Celtic Football Club jerseys | 202 |
| No named soccer jerseys | 543 |
| Chelsea Football Club flags | 499 |
| MCF Real Madrid flags | 44 |
| Guatemala soccer jersey & short sets | 527 |
| Chivas C.D. Guadalajara soccer sets | 80 |
| No named soccer jerseys | 90 |
| Umberto black and white jerseys | 582 |
| No named soccer jerseys | 197 |
| Mexico soccer w/Adidas stripes set | 139 |
| El Salvador soccer jersey & short sets | 170 |
| FC Bayern Munchen jersey & short sets | 75 |
| El Salvador soccer jerseys | 240 |
| Atletico soccer jersey & short sets | 110 |
| A.S. Roma 1927 jersey & short sets | 80 |
| Manchester City jersey & short sets | 201 |

| Item | Quantity |
|---|---|
| Chelsea Football Club jersey & short sets | 319 |
| Paris St. Germain jersey & short sets | 62 |
| CA Club America soccer jersey & short sets | 35 |
| FC Bayern Munchen jersey & short sets | 65 |
| CBF Brasil soccer jersey & short sets | 175 |
| Guatemala soccer jerseys | 285 |
| Guatemala soccer shorts | 40 |
| FPF Portugual w/Nike Dri-Fit logo sets | 145 |
| Atlas soccer logo jersey & short sets | 280 |
| FCB (Barcelona) jerseys | 86 |
| Costa Rica soccer jerseys | 83 |
| MCF Real Madrid jerseys | 557 |
| Pachuca Club de Futbol jersey & short sets | 60 |
| FPF Portuguese soccer shorts | 660 |
| MCF Real Madrid jersey & short sets | 247 |
| No named soccer shorts | 182 |
| Inter Milan jersey & short sets | 90 |
| Mexico soccer jerseys | 178 |
| No named soccer jerseys | 1300 |
| BVB (Borussia Dortmund) soccer sets | 185 |
| El Salvador soccer jersey & short sets | 220 |
| Chelsea Football Club jersey & short sets | 260 |
| Atlas soccer logo jersey & short sets | 470 |
| Atletico soccer jackets | 42 |
| LFC soccer shorts | 93 |
| Deutsher Fussball-Buno shorts | 108 |
| AJAX Amsterdam w/Adidas stripes sets | 78 |
| Chivas C.D. Guadalajara soccer jerseys | 70 |
| El Salvador soccer shorts | 30 |
| MCF Real Madrid and FCB soccer jerseys | 360 |
| ACM Milan soccer jersey & short sets | 100 |
| Chivas C.D. Guadalajara soccer sets | 180 |
| Mexico soccer jersey & short sets | 25 |
| Mexico soccer jersey & short sets | 107 |
| Pachuca jersey & short sets | 99 |
| Chivas C.D. Guadalajara soccer sets | 60 |
| Chivas C.D. Guadalajara soccer sets | 158 |
| MCF Real Madrid jersey & short sets | 217 |
| CA Club America soccer jersey & short sets | 86 |
| BVB (Borussia Dortmund) soccer sets | 38 |
| Honduras soccer jersey & short sets | 230 |
| Honduras soccer shorts | 30 |
| Guatemala soccer shorts | 110 |
| Fepafut Panama Soccer jerseys | 277 |
| FCB (Barcelona) jerseys | 65 |
| Honduras soccer jersey & short sets | 22 |
| Guatemala soccer shorts | 100 |
| FCB (Barcelona) jerseys | 268 |
| FC Bayern Munchen w/Adidas stripes sets | 174 |
| El Salvador soccer shorts | 195 |
| Chelsea Football Club patches | 605 |
| Manchester United patches | 698 |
| Juventus F.C. soccer shorts | 118 |
| Number stickers | 24680 |
| Stahls Hotronix Heat Press | 1 |
| No named soccer jersey & short sets | 3276 |
| Tigres UANL soccer jersey & short sets | 1588 |
| Pachuca Club de Futbol jersey & short sets | 627 |

| Item | Quantity |
|---|---|
| MCF Real Madrid jerseys | 3494 |
| FFF France soccer w/Nike Dri-Fit jerseys | 1683 |
| Lobos Buap Soccer jersey & short sets | 698 |
| El Salvador soccer shorts | 903 |
| Paris St. Germain jersey & short sets | 317 |
| Colombia soccer jersey & short sets | 687 |
| El Salvador soccer jersey & short sets | 1648 |
| Team USA w/Nike Dri-Fit soccer sets | 452 |
| Leon FC soccer jersey & short sets | 1067 |
| Monarcas Morelia jersey & short sets | 547 |
| ACM Milan soccer jersey & short sets | 611 |
| Impact Montreal soccer jersey & short sets | 146 |
| Boca Junior w/ Nike Dri-Fit socer sets | 444 |
| Inter Milan soccer jersey & short sets | 711 |
| Guatelama soccer capris | 625 |
| Chivas C.D. Guadalajara soccer shorts | 2658 |
| Juventus F.C. soccer jersey & short sets | 2107 |
| Bayer 04 Leverkusen jersey & short sets | 532 |
| Querétaro F.C. soccer jersey & short sets | 1854 |
| Deportivo Toluca F.C. jersey & short sets | 287 |
| BVB (Borussia Dortmund) soccer jerseys | 608 |
| CARP Argentina soccer jersey & short set | 210 |
| Houston Dynamo jersey & short sets | 487 |
| FCB (Barcelona) w/Nike Dri-Fit jerseys | 1679 |
| Atlas soccer logo jersey & short sets | 693 |
| DC United soccer jersey & short sets | 30 |
| AFA Argentine w/Adidas Climacool sets | 484 |
| CF Monterrey soccer jersey & short sets | 585 |
| FC Bayern Munchen jersey & short sets | 770 |
| FCB (Barcelona) soccer pants | 289 |
| Mexico soccer jersey & short sets | 554 |
| Deutsher Fussball-Buno jersey & short sets | 491 |
| Juventus F.C. soccer jersey & short sets | 144 |
| MCF Real Madrid soccer capris | 105 |
| LFC soccer jerserys | 440 |
| A.S. Roma 1927 jersey & short sets | 169 |
| Necaxa soccer jersey & short sets | 522 |
| ACM Milan soccer jersey & short sets | 36 |
| Chivas C.D. Guadalajara soccer sets | 7 |
| Honduras soccer shorts | 775 |
| Club Tijuana soccer jersey & short sets | 229 |
| Guatemala soccer jersey & short sets | 154 |
| CA Club America w/Coca Cola soccer jerseys | 1431 |
| Manchester United jersey & short sets | 958 |
| Leicester City FC w/Adidas stripes sets | 89 |
| Tottenham Hotspurs jersey & short sets | 883 |
| AC Florentina soccer jersey & short sets | 558 |
| Club Santos Laguna jersey & short sets | 580 |
| Club Puebla soccer jersey & short sets | 807 |
| Soccer balls | 4350 |
| MCF Real Madrid soccer balls | 657 |
| MCF Real Madrid hats | 874 |
| Atletico soccer jersey & short sets | 777 |
| Seattle Sounders FC jersey & short sets | 36 |
| Orlando City soccer jersey & short sets | 7 |
| FCB (Barcelona) hats | 699 |
| FPF Peru soccer jerseys | 2377 |
| FEPAFUT Panama soccer jerseys | 149 |
| FFF France soccer shorts | 237 |
| CD Veracruz soccer jersey & short sets | 560 |
| Mexico soccer onesies | 835 |
| AJAX Amsterdam jersey & short sets | 608 |
| Colombia soccer shorts | 93 |
| AFA Argentine soccer shorts | 61 |
| Belgium URBSFA KBVB soccer shorts | 484 |
| FC Dallas soccer jersey & short sets | 38 |
| Plus Ultra Spain soccer shorts | 268 |
| Los Angeles FC soccer jersey & short sets | 156 |
| Ange Soccer gloves | 113 |
| Ange Soccer socks | 3480 |
| MCF Real Madrid lanyards | 1000 |
| Chelsea Football Club jersey & short sets | 120 |
| Manchester City jersey & short sets | 421 |

| Item | Quantity |
|---|---|
| Real Betis soccer jersey & short sets | 257 |
| Re-useable cloth face masks | 1080 |
| Messi soccer number sticker/decal | 1993 |
| Mexico team soccer patch | 4044 |
| LA Galaxy soccer jersey & short sets | 6 |
| Wolverhampton Wanderers Adidas stripes set | 55 |
| Arsenal soccer jerseys & short sets | 201 |
| Manchester United patch | 1 |
| MCF Real Madrid patches | 1200 |
| Chevrolet sticker/decal | 200 |
| Jeep sticker/decal | 78 |
| Inter Milan patches | 614 |
| Team USA patches | 562 |
| Soccer stickers/decals | 3630 |
| Soccer patches | 1099 |
| United Kingdom soccer jersey & short sets | 175 |
| Celtic Football Club jersey & short sets | 52 |
| FEF Ecuador soccer onesies | 64 |
| FEF Ecuador soccer jackets | 460 |
| Plus Ultra Spain w/Adidas climacool shorts | 28 |
| New York City FC jersey & short sets | 8 |
| Mazatlan FC soccer jersey & short sets | 6 |
| Chile soccer shorts | 2 |
| New Castle United soccer shorts | 1 |
| MLS jerseys | 3590 |
| Arsenal jerseys | 548 |
| Chelsea jerseys | 678 |
| Liverpool jerseys | 244 |
| Manchester City jerseys | 591 |
| Manchester United jerseys | 22 |
| Newcastle jerseys | 798 |
| Tottenham jerseys | 148 |
| Real Madrid jerseys | 998 |
| Real Madrid / Adidas jerseys | 80 |
| Barcelona jerseys | 2330 |
| Club Puebla jerseys | 200 |
| USA jerseys | 1165 |
| Cruz Azul jerseys | 185 |
| Paris jerseys | 90 |
| Juventus jerseys | 501 |
| AC Milan jerseys | 80 |
| Chivas de Guadalajara jerseys | 65 |
| FIFA jerseys | 362 |
| CABJ (Qatar) jerseys | 634 |
| Santos jerseys | 237 |
| Mexico jerseys | 660 |
| Club America (Home Depot) jerseys | 312 |
| Bayern Munich jerseys | 50 |
| Atletico Madrid jerseys | 410 |
| Morelia jerseys | 270 |
| Montreal Impact jerseys | 70 |
| Tigres UANL jerseys | 508 |
| MLS balls | 67 |
| Barcelona hats | 200 |
| Real Madrid hats | 330 |
| Real Madrid shorts | 450 |
| Barcelona shorts | 180 |
| Mexico shorts | 170 |